AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Government Employees Insurance Company, et al. <br><br> *Plaintiff(s)* <br> v. <br><br> Starrett City Medical, P.C., at al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Rider "A"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Barry I. Levy, Esq.
Rivkin Radler LLP
926 RXR Plaza
Uniondale, New York 11566
516-357-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____             _____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

RIDER "A" TO SUMMONS IN
GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al. v.
STARRETT CITY, P.C., et al.

**Full Caption:**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY, and GEICO
CASUALTY COMPANY,                                             Docket No.: _____(    )

                                                        Plaintiffs,

      -against-

STARRETT CITY MEDICAL, P.C, HILLCREST MEDICAL
CARE, P.C., AZU AJUDUA, M.D., LEONARD LUNA, D.C.,
FLATLANDS CHIROPRACTIC WELLNESS, P.C., KINGS
CHIROPRACTIC WELLNESS, P.C., GUO CHU WU, L.Ac.,
JEFF HARMONIZE ACUPUNCTURE, P.C., STACY
JUYOUNG MOON, L.Ac., SJM ACUPUNCTURE, P.C.,
LYUDMILA KRUPNOVA, L.Ac., LK ACUPUNCTURIST,
P.C., PASCALE LAWSON, L.Ac., PL ACUPUNCTURE, P.C.,
MOHAMED ELSAYED KHALLAF, HANDY PHYSICAL
THERAPY, P.C., IRINA KATAEVA, CITYWORKS
PHYSICAL THERAPY, P.C., JONGDUG PARK, D.C., YOUR
CHOICE CHIROPRACTIC, P.C., ALL ABOUT
CHIROPRACTIC, P.C., J PARK CHIROPRACTIC, P.C.,
HYEONGSOCK CHOI, L.Ac., CHOI ACUPUNCTURE, P.C.,
CHOICE ACUPUNCTURE, P.L.L.C., CHOI-GO
ACUPUNCTURE, P.L.L.C., MAHMOUD EZZ ELDEEN
SHALABY, PHYSICAL THERAPY OF NEW YORK, P.C.,
PETER KHAIM a/k/a/ PETER KHAIMOV, A&P HOLDING
GROUP CORP., ALEXANDER GULKAROV, LL
CONSULTING GROUP, INC. d/b/a BILLING 4 YOU, L.L.C.,
ROMAN ISRAILOV, ALL NETWORK MARKETING CORP.,
and JOHN DOE DEFENDANTS "1-10",

                                                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**Named Defendants:**

STARRETT CITY MEDICAL, P.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

HILLCREST MEDICAL CARE, P.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

AZU AJUDUA, M.D.
954 Seaview Drive
Oyster Bay, New York 11771-1126

LEONARD LUNA, D.C.
145 Chase Avenue, Unit 10703
Yonkers, New York 10703-1913

FLATLANDS CHIROPRACTIC WELLNESS, P.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

KINGS CHIROPRACTIC WELLNESS, P.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

GUO CHU WU, L.AC.
2170 East 28th Street
Brooklyn, New York 11229-5016

JEFF HARMONIZE ACUPUNCTURE, P.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

STACY JUYOUNG MOON, L.AC.
203 Genung Street, Apartment 717
Middletown, New York 10940-2561

SJM ACUPUNCTURE, P.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

LYUDMILA KRUPNOVA, L.AC.
3920 Laurel Avenue, Apartment 2nd
Brooklyn, New York 11224-1137

LK ACUPUNCTURIST, P.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

PASCALE LAWSON, L.AC.
8959 210th Place
Queens Village, New York 11427-2228

PL ACUPUNCTURE, P.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

MOHAMED ELSAYED KHALLAF
6768 Clyde Street
Forest Hills, New York 11375-4111

HANDY PHYSICAL THERAPY, P.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

IRINA KATAEVA
63103 Fitchett Street
Rego Park, New York 11374-4830

CITYWORKS PHYSICAL THERAPY, P.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

JONGDUG PARK, D.C.
3 Consulate Drive, Apartment 1N
Tuckahoe, New York 10707-2415


YOUR CHOICE CHIROPRACTIC, P.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

ALL ABOUT CHIROPRACTIC, P.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

J PARK CHIROPRACTIC, P.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

HYEONGSOCK CHOI, L.AC.
11 Van Horn Street
Demarest, New Jersey 07627-1908

CHOI ACUPUNCTURE, P.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

CHOICE ACUPUNCTURE, P.L.L.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

CHOI-GO ACUPUNCTURE, P.L.L.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

MAHMOUD EZZ ELDEEN SHALABY
295 Johnston Avenue, Apartment 214
Jersey City, New Jersey 07304-4117

PHYSICAL THERAPY OF NEW YORK, P.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

PETER KHAIM A/K/A/ PETER KHAIMOV
7130 Yellowstone Blvd. Apt D
Forest Hills, New York, 11375

A&P HOLDING GROUP CORP.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

ALEXANDER GULKAROV
96-09 66th Avenue, #6D
Rego Park, New York 11374

LL CONSULTING GROUP, INC. d/b/a BILLING 4 YOU, L.L.C.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

ROMAN ISRAILOV
987 E. End
Woodmere, New York 11598

ALL NETWORK MARKETING CORP.
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

5083913