Barry I. Levy, Esq.
Frank P. Tiscione, Esq.
Colleen A. O'Neil, Esq.
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000

*Counsel for Plaintiffs Government Employees*
*Insurance Company, GEICO Indemnity Company,*
*GEICO General Insurance Company, and*
*GEICO Casualty Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY, and GEICO
CASUALTY COMPANY,                                                         Docket No.: _____(    )

                                      Plaintiffs,

     -against-

STARRETT CITY MEDICAL, P.C., HILLCREST MEDICAL
CARE, P.C., AZU AJUDUA, M.D., LEONARD LUNA, D.C.,
FLATLANDS CHIROPRACTIC WELLNESS, P.C., KINGS
CHIROPRACTIC WELLNESS, P.C., GUO CHU WU, L.Ac.,
JEFF HARMONIZE ACUPUNCTURE, P.C., STACY
JUYOUNG MOON, L.Ac., SJM ACUPUNCTURE, P.C.,
LYUDMILA KRUPNOVA, L.Ac., LK ACUPUNCTURIST,
P.C., PASCALE LAWSON, L.Ac., PL ACUPUNCTURE, P.C.,
MOHAMED ELSAYED KHALLAF, HANDY PHYSICAL
THERAPY, P.C., IRINA KATAEVA, CITYWORKS
PHYSICAL THERAPY, P.C., JONGDUG PARK, D.C., YOUR
CHOICE CHIROPRACTIC, P.C., ALL ABOUT
CHIROPRACTIC, P.C., J PARK CHIROPRACTIC, P.C.,
HYEONGSOCK CHOI, L.Ac., CHOI ACUPUNCTURE, P.C.,
CHOICE ACUPUNCTURE, P.L.L.C., CHOI-GO
ACUPUNCTURE, P.L.L.C., MAHMOUD EZZ ELDEEN
SHALABY, PHYSICAL THERAPY OF NEW YORK, P.C.,
PETER KHAIM a/k/a/ PETER KHAIMOV, A&P HOLDING
GROUP CORP., ALEXANDER GULKAROV, LL
CONSULTING GROUP, INC. d/b/a BILLING 4 YOU, L.L.C.,

ROMAN ISRAILOV, ALL NETWORK MARKETING CORP.,
and JOHN DOE DEFENDANTS "1-10",

                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## **STATEMENT PURSUANT TO FED. R. CIV. PROC. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company hereby certifies as follows: Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (non-governmental corporate parties) are wholly owned subsidiaries of GEICO Corporation, which is an indirectly wholly owned subsidiary of Berkshire Hathaway, Inc.

Dated: January 5, 2021

                                      RIVKIN RADLER LLP

                                      By:   /s/ Barry I. Levy
                                            Barry I. Levy, Esq.
                                            Frank P. Tiscione, Esq.
                                            Colleen A. O'Neil, Esq.
                                   926 RXR Plaza
                                   Uniondale, New York 11556
                                   (516) 357-3000

                                   *Counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company*

5083934