UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE           Case No.
COMPANY, et al.,                                               1:21-00059-NGG-RML

                               Plaintiffs,           **STIPULATION TO EXTEND TIME TO ANSWER**

      - against -

STARRETT CITY MEDICAL, P.C., et al.,

                               Defendants.
-------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED** by and between attorneys for Plaintiffs herein and Defendants Peter Khaimov and A&P Holding Group Corp., that the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint in the above-captioned action is extended to March 19, 2020. Defendants also hereby waive any affirmative defenses based upon insufficient service of process and lack of personal jurisdiction. Facsimile signatures will be deemed as originals for all purposes hereunder.

Dated: Brooklyn, New York
       February 10, 2021

By: *Nicholas Bowers*                                              ___/s/_____
Nicholas Bowers, Esq.                                              By:  Colleen O'Neil
Gary Tsirelman P.C.                                                RivkinRadler
*Attorneys for Defendants*                                         *Attorneys for Plaintiffs*
*Named Herein*                                                     926 RXR Plaza
129 Livingston, 2nd Floor                                          Uniondale, NY 11556
Brooklyn NY 11201