UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

GEICO, et al.,

                            Plaintiffs, -against-

Starrett City Medical, et al.,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Docket No.:
21-cv-00059 (NGG)(RML)

## SO-ORDERED STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and among counsel for Plaintiffs, and counsel for Defendants, Kings Chiropractic Wellness, P.C. Starrett City Medical, P.C., Hillcrest Medical Care, P.C., Azu Ajuda, M.D., Leonard Luna, D.C., Flatlands Chiropractic Wellness, P.C., Guo Chu Wu, L.A.c., Jeff Harmonize Acupuncture, P.C., Stacy Juyoung Moon, L.A.c., SJM Acupuncture, P.C., Lyudmila Krupnova, L.A.c., LK Acupuncturist, P.C., Mohamed Elsayed Khallaf, Handy Physical Therapy, P.C., Irina Kataeva, Cityworks Physical Therapy, P.C., Jongdug Park, D.C., Your Choice Chiropractic, P.C., All About Chiropractic, P.C., J Park Chiropractic, P.C., Hyeongsock Choi, L.A.c., Choi Acupuncture, P.C., Choice Acupuncture, P.L.L.C., Choi-Go Acupuncture, P.L.L.C., Mahmoud Ezz Eldeen Shalaby, Physical Therapy of New York, P.C., Alexander Gulkarov, LL Consulting Group, Inc., d/b/a Billing 4 You, L.L.C., Roman Israilov, Pascale Lawson, PL Acupuncture, P.C. and All Network Marketing Corp as follows:

1.     The time for the Defendants to answer, move or otherwise respond to the Plaintiffs' Complaint in this matter is extended up through and including April 5, 2021; and

2.     This is the second such request and does not affect any other dates; and

3.     For purposes of this Stipulation, facsimile or electronic signatures shall be treated as originals.

| **RIVKIN RADLER, LLP** | **SCHWARTZ, CONROY & HACK, P.C.** |
|---|---|
| _/s/Frank Tiscione_ | _/s/Matthew J. Conroy_ |
| By: Frank Tiscione, Esq. | By: Matthew J. Conroy |
| _Attorneys for Plaintiffs_ | _Attorneys for Answering Defendant_ |
| 926 RXR Plaza | 666 Old Country Road, 9th Floor |
| Uniondale, New York 11556 | Garden City, New York 11530 |
| Ph: (516) 357-3000 | Ph: (516) 745-1122 |

Dated: March 5, 2021
Garden City, New York

**SO ORDERED:**

_____ Nicholas G. Garaufis, U.S.D.J.

_____, 2021