UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GEICO, et al.,            Docket No.:
           21-cv-00059 (NGG)(RML)

           Plaintiffs,

-against-

Starrett City Medical, et al.,

           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## SO-ORDERED STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and among counsel for Plaintiffs, and counsel for Defendants, Pascale Lawson L.Ac and PL Acupuncture, P.C. as follows:

     1.      The time for the Defendant to answer, move or otherwise respond to the Plaintiffs' Complaint in this matter is extended up through and including June 4, 2021; and

     2.      This is the second such request and does not affect any other dates; and

     3.      For purposes of this Stipulation, facsimile or electronic signatures shall be treated as originals.

| | |
|---|---|
| **RIVKIN RADLER, LLP** | **SCHWARTZ, CONROY & HACK, P.C.** |
| */s/Frank Tiscione* | */s/Matthew J. Conroy* |
| By: Frank Tiscione, Esq. | By: Matthew J. Conroy |
| *Attorneys for Plaintiffs* | *Attorneys for Answering Defendant* |
| 926 RXR Plaza | 666 Old Country Road, 9th Floor |
| Uniondale, New York 11556 | Garden City, New York 11530 |
| Ph: (516) 357-3000 | Ph: (516) 745-1122 |

Dated: May 4, 2021
Garden City, New York

     **SO ORDERED:**

_____
Nicholas G. Garaufis, U.S.D.J.

_____, 2021